

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| DONNA ELLEN NEWSOME, M.D., PHD, | § | No. 08-09-00025-CV |
| Appellant, | § | Appeal from the |
| v. | § | 296th District Court |
|  | § | of Collin County, Texas |
| NORTH TEXAS NEUROSCIENCE CENTER, P. A., | § | (TC# 296-304-07) |
| Appellee. | § |  |
|  | § |  |

## **O R D E R**

Pending before the Court is Appellant's motion to dismiss the appeal. Appellant represents to the Court the bankruptcy has been resolved. Therefore, on the Court's own motion, the above-styled and numbered cause is hereby REINSTATED. The motion to dismiss remains pending.

IT IS SO ORDERED this 29th day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.